584 A.2d 204

WILLIAM R. GEIGER v. E. CALVIN NEUBERT.

May 1, 1990.

Petition for certification denied.

584 A.2d 204

BEN GIUNTA v. ROBERT E. STEVENS.

May 1, 1990.

Petition for certification denied.

584 A.2d 204

EDGARDO VASCONI, ETC. v. THE GUARDIAN LIFE
INSURANCE COMPANY OF AMERICA v. LEAH
(VASCONI) WOLF.

May 1, 1990.

Petition for certification granted.

584 A.2d 204

MINDY WOLCOTT v. OVERBROOK REGIONAL
BOARD OF EDUCATION.

May 1, 1990.

Petition for certification denied.